Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>  vs.<br><br>JEANNETE HORANIAN, et al.,<br><br>    Defendants. | No. 1:14-cv-01278-AWI-GSA<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION** |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Calpac Pizza II, LLC dba Pizza Hut, and Jalomo Armando dba Clinton Street Clippers, the parties who have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: November 11, 2014            MOORE LAW FIRM, P.C.


                                   */s/ Tanya E. Moore*
                                   Tanya E. Moore
                                   Attorneys for Plaintiff
                                   Ronald Moore

                                   JEFFER MANGELS BUTLER & MITCHELL LLP

Page 1

1
2                                      */s/ Martin H. Orlick*
3                                      Martin H. Orlick, Esq.
                                       Attorneys for Defendant
4                                      Calpac Pizza II, LLC dba Pizza Hut
5                                      LAW OFFICES OF YAN E. SCHRAYBERMAN
6
7                                      */s/ Yan E. Schrayberman*
                                       Yan E. Schrayberman
8                                      Attorneys for Defendant
9                                      Jalomo Armando dba Clinton Street Clippers
10
11                            **ORDER**
12      The parties having so stipulated,
13      IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.
14
15  IT IS SO ORDERED.
16
   Dated:   November 12, 2014                    _____
17                                                    SENIOR  DISTRICT  JUDGE
18
19
20
21
22
23
24
25
26
27
28